104

[Civil No. 4123.   Filed February 12, 1940.]

[99 Pac. (2d) 85.]

H. B. HERSHEY, Liquidating Receiver, Appellant,
v. REPUBLIC LIFE INSURANCE COMPANY,
a Corporation, E. H. BANTA, A. O. PELSUE,
J. G. VAUGHAN, NORMAN W. FREESTONE,
DORA FREESTONE, ALBERT FREESTONE
and W. G. PROCTOR, Appellees.

Messrs. Townsend, Jenckes & Wildman, of Phoenix,
Arizona, and Mr. J. D. Smith and Mr. Fred C. Knollen-
berg, of El Paso, Texas, for Appellant.

Messrs. Silverthorne & Silverthorne, for Appellees.

PER CURIAM.—This is a companion case to *Her-
shey* v. *Banta, ante,* p. 93, 99 Pac. (2d) 81. The
two cases were argued together, and all of the points
necessary to a decision in the present case were passed
upon in case No. 4124.

The judgment is, therefore, affirmed.

ROSS, C. J., and LOCKWOOD and McALISTER,
JJ., concur.